COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| ISELA PENA GARCIA, | § | No. 08-18-00129-CR |
| Appellant, | § | Appeal from the |
| v. | § | 143rd District Court |
| THE STATE OF TEXAS, | § | of Reeves County, Texas |
| State. | § | (TC# 17-07-08169-CRR) |
| | § | |

# **O R D E R**

The Court GRANTS Appellant's Pro Se Motion for Access to the Appellate Record. Therefore, this Court is hereby providing a hard copy of the appellate record, which consists of 1 volume of the Clerk's Record and 3 volumes of the Reporter's Record, via U. S. mail, to the Warden of the Woodman Unit, 1210 Coryell City Rd., Gatesville, Tx 76528, for use by the Appellant Isela Pena Garcia, (TDCJ# 02203473). The Warden or designated custodian of records shall make this record available to the appellant for purposes of preparing her appellate brief. Appellant's Pro Se brief shall be due in this office on or before March 9, 2019. The hard copy of this record does not need to be returned to this Court. Further, please note that copies of the exhibits are not provided and only a copy of the Index (Volume 4 of 4 of the Reporter's Record) has been provided.

IT IS SO ORDERED this 23rd day of January, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.